UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH IRIZARRY, | Civil No. 11-1706 (FSH) |
| Plaintiff, | |
| v. | **ORDER** |
| KIMBERLY CLARK CORPORATION, et al, | April 4, 2011 |
| Defendants. | |

This matter having been raised by Plaintiff seeking an application to proceed without prepayment of fees under 28 U.S.C. §1915; and this Court having reviewed Plaintiff's application; and for good cause shown;

**IT IS** on this 4th day of April, 2011;

**ORDERED** that Plaintiff's application to proceed without prepayment of fees under 28 U.S.C. §1915 is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court file the Complaint; and it is further

**ORDERED** Plaintiff shall serve summons and complaint upon Defendant forthwith in accordance with Fed. R. Civ. P. 4.

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**